The People of the State of New York, Respondent,
against
Alejandro Yupa-Paucar, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Melissa A. Crane, J. at plea; Steven M. Statsinger, J. at sentencing), rendered July 16, 2013, convicting him, upon a plea of guilty, of criminal mischief in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Melissa A. Crane, J. at plea; Steven M. Statsinger, J. at sentencing), rendered July 16, 2013, affirmed.
Defendant had the practical ability to withdraw his plea before sentencing, and his challenges to the validity of his plea do not come within the narrow exception to the preservation requirement (see People v Conceicao, 26 NY3d 375, 381—382 [2015]; People v Santos, 140 AD3d 499 [2016], lv denied 28 NY3d 1031 [2016]). We decline to review this unpreserved claim in the interest of justice. As an alternative holding, we find that the plea was knowing, intelligent and voluntary, despite the absence of a full enumeration of all the rights waived (see People v Sougou, 26 NY3d 1052, 1054 [2015]; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 17, 2019